**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONY JAVIER GONZALEZ MEJIA,<br>　　　　　Petitioner,<br><br>　　　v.<br><br>LEONARD ODDO, et. al.,<br>　　　　　Respondents. | )<br>)<br>)<br>)　　Civil No. 26-49<br>)<br>)<br>)<br>) |

**<u>OPINION</u>**

Pending before the court is a motion (ECF No. 14) filed on behalf of Petitioner, which seeks to enforce the court's order that Petitioner receive an individualized bond hearing. The government filed a response to the motion (ECF No. 15), which explained that the government's counsel inadvertently sent the court's order to the wrong email address, and therefore, "ICE never received notice of the order directing the bond hearing." (ECF No. 15 at 1).

The court issued its order on April 15, 2026, and directed the bond hearing to be held within 10 days of its order (ECF No. 11). The tenth day, April 25, 2026, was a Saturday. Petitioner recognizes that the deadline may have extended to the next business day, April 27, 2026 (ECF No. 14 at 1-2). Petitioner filed this motion on April 28, 2026. Upon receipt of Petitioner's motion, government counsel discovered his error and contacted ICE. The government reports that on April 29, 2026, Petitioner received an individualized bond hearing (ECF Nos. 16, 17).

Because Petitioner received an individualized bond hearing, and the delay was brief and inadvertent, the motion to enforce the court's order (ECF No. 14) will be denied as moot.

An appropriate order follows.

Dated: May 14, 2026

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge

2